# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAITLIN O., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> *Acting Commissioner of Social Security*, <br><br> Defendant. | Civil Action No. 17-1939 (JMC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court **ORDERS** the following:

Plaintiff's Motion for Reversal, ECF 20, is **DENIED**;

Defendant's Motion for Judgment of Affirmance, ECF 25, is **GRANTED**;

Plaintiff's Motion for Default Judgment, ECF 31, is **DENIED**; and

Plaintiff's Motion to Expedite the resolution of the case, ECF 46, is **DENIED**.

This is a final, appealable order.

**SO ORDERED.**

DATE: July 25, 2023

_____
Jia M. Cobb
U.S. District Court Judge

1